IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JIMMY W. MCMASTERS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:17-cv-00088 |
| AVIAGEN NORTH AMERICA, INC, et al., | ) ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) | |

## ORDER

The Court having been advised that this action has been settled, the action is dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. Within this sixty day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE